Núm. 7997.—MÉNDEZ, apldo. *v.* TORRES, ETC., apltes.—C. D. Ponce. Junio 6, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las dos mociones que anteceden con la asistencia de ambas partes, atendidas las circunstancias especiales del caso, se concede a la parte apelante un nuevo término de diez días, contados desde el día de hoy, para radicar en la corte de distrito la transcripción de la evidencia a que se contraen dichas mociones, y no apareciendo claramente frívola la apelación interpuesta contra la resolución que dictó la Corte de Distrito de Ponce en noviembre 22, 1938, ni extraordinaria la supuesta falta de debida diligencia en la tramitación de dicha apelación, no ha lugar por ahora a la desestimación solicitada.

Núm. 8028.—DÁVILA, apldo. *v.* TORRES, aplte.—C. D. Ponce. Noviembre 7, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, el demandante apelado solicita que de conformidad con la regla 59 del Reglamento de este Tribunal Supremo se desestime por frívolo el recurso de apelación interpuesto por el demandado apelante;

POR CUANTO, las partes estipularon al comenzar el juicio que se trataba de una reclamación sobre el saldo de una cuenta corriente entre el demandante, como traficante al por mayor en provisiones en general, y el demandado como traficante en provisiones al detall;

POR CUANTO, la cuestión principal a resolver en este pleito es la de si de acuerdo con el inciso 4 del artículo 1867 del Código Civil de Puerto Rico (ed. de 1930) la acción del demandante está prescrita;

POR CUANTO, este Tribunal no ha tenido aún oportunidad de pasar por sobre la aplicación del referido artículo a hechos de la naturaleza de los que aquí se plantean;

POR TANTO, se resuelve que la apelación no es frívola y en su consecuencia se declara sin lugar la moción de desestimación.